U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13–CR–74 |
| | ) | |
| JAYSON CASTANEDA | ) | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation denying Defendant's Motion for Bond and Furlough. [Doc. 103]. Defendant has expeditiously filed an objection to the recommendation as he is seeking relief before May 25, 2022, the date his pregnant girlfriend is scheduled to have his child. [Doc. 104].

Defendant's objection to the Report and Recommendation is limited. He requests only to be allowed to participate in the birth of his child through Zoom. [Doc. 104]. He will only participate through Zoom if "the state court remove[s] the non-contact order allowing such a request to be facilitated." [*Id.*].

While the Court certainly understands Defendant's desire to participate in the birth of his child in any way, his current request is not within the purview of this Court. In the Court's view, two things are preventing his participation through Zoom, the state court non-contact order and the jail's willingness to accommodate a Zoom session for him. Defendant has not described the jail's position on the issue, and Defendant has not claimed that anything from this Court prevents his participation through Zoom. Therefore, his objection must be overruled.

Therefore, Defendant's Objection to the Magistrate Judge's Report and Recommendation, [Doc. 104], is OVERRULED. The Report and Recommendation, [Doc. 103], is AFFIRMED and ADOPTED.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE